IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**KEVIN TRACY,**
  **Petitioner,**

v.             **Case No. 3:05cv152/RV/MD**

**JAMES MCDONOUGH,**
  **Respondent.**

_____

### ORDER

  This cause is before the court on petitioner's notice of appeal (doc. 25) and motion for certificate of appealability (doc. 26).

  Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

  After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's March 29, 2006 order (doc. 22) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on March 1, 2006 (doc. 20), a certificate of appealability will be denied.

  Accordingly, it is ORDERED:

  Petitioner's motion for certificate of appealability (doc. 26), is DENIED and no certificate shall issue.

  DONE AND ORDERED this 1st day of May, 2006.

             */s/ Roger Vinson*
             **ROGER VINSON**
             **SENIOR UNITED STATES DISTRICT JUDGE**